

| | | |
|---|---|---|
| **GEORGIA PESTANA**<br>*Acting Corporation Counsel* | **THE CITY OF NEW YORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | LAURA C. WILLIAMS<br>Assistant Corporation Counsel<br>Labor & Employment Law Division<br>Phone: 212-356-2435<br>lawillia@law.nyc.gov |

June 8, 2021

> The Status Conference currently scheduled for June 11, 2021 is hereby adjourned until July 2, 2021 at 10 am.
>
> So ordered,
> /s/ Alvin K. Hellerstein
> Alvin K. Hellerstein
> 6/9/21

**BY ECF**

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, NY 10007

    Re: <u>Colette Smith v. MetroPlus Health Plan, et al.</u>
       20 Civ. 10570 (AKH)

Dear Judge Hellerstein:

    I am an Assistant Corporation Counsel in the office of Georgia Pestana, Acting Corporation Counsel of the City of New York, attorney for defendants MetroPlus Health Plan and New York City Health + Hospitals (collectively, "Defendants")[1] in the above-referenced case. I write, with the consent of Plaintiff's counsel, to request a two-week adjournment of the Status Conference scheduled for June 11, 2021 at 10:00 a.m. <u>See</u> Minute Entry, Entered May 10, 2021.

    This adjournment is necessary because, as has been widely reported, our office has had a complete loss of technological access and resources. In particular, over the past weekend, access to the New York City Law Department's network and emails was disabled and, unfortunately, access has not yet been restored. Accordingly, as I do not have access to my work product, relevant documents, or emails, I have not been able to continue my evaluation of, and confer with my clients about, potential resolution of this matter as discussed with the Court at the Initial Conference on May 7, 2021. Therefore, Defendants respectfully request a two-week adjournment of the Status Conference until June 25, 2021, or a time otherwise convenient to the Court.

---

[1] Upon information and belief, the individual defendant, Teresa Taylor, has not been served.

Thank you for your consideration of this request.

Respectfully submitted,

/s/
Laura C. Williams
Assistant Corporation Counsel

cc: Counsel of Record (By ECF)