UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
COLETTE SMITH,                                              :
                                                            :
                              Plaintiff,     :    **ORDER REGULATING**
    -against-                                             :    **PROCEEDINGS**
                                                            :
METROPLUS HEALTH PLAN, et al.,                              :    20 Civ. 10570 (AKH)
                                                            :
                            Defendants.     :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        A status conference was held to discuss discovery and set a schedule for depositions.

        Except for e-discovery required of Defendant, all discovery is completed. The e-discovery must be completed by May 27, 2022.

        Depositions shall begin promptly in the following order.

1. Theresa Taylor
2. Plaintiff
3. Simran Kaur
4. Ryan Harris

        The Taylor deposition shall take place within the next two weeks, Plaintiff's deposition the week after, Kaur's deposition the week thereafter, and Harris's deposition the week after that. This schedule is subject to necessary adjustments, agreed to by the parties, so long as all depositions are completed at least one week prior to the next status conference, which is scheduled for July 8, 2022 at 10 a.m.

        SO ORDERED.

Dated:    April 29, 2022                    /s/ Alvin K. Hellerstein
           New York, New York          ALVIN K. HELLERSTEIN
                                               United States District Judge