UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
COLETTE SMITH,                                                :
                                                              :
                            Plaintiff,           :    **ORDER REGULATING**
    -against-                                                :    **PROCEEDINGS**
                                                              :
METROPLUS HEALTH PLAN, et al.,                                :    20 Civ. 10570 (AKH)
                                                              :
                          Defendants.          :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        A status conference was held to discuss, and fix dates for, the completion of discovery.

        Any outstanding requests for production must be made by July 15, 2022.

        All discovery, including one additional deposition by Defendant, must be concluded by September 5, 2022.

        The parties shall meet for a settlement conference on September 7, 2022, at 2:30 p.m., at Plaintiff's office.

        The next status conference will be held on September 16, 2022, at 10:00 a.m.; however, if the parties wish to have mediation, they may so request by submitting a joint letter to the Court.

        SO ORDERED.

Dated:      July 8, 2022                        /s/ Alvin K. Hellerstein
            New York, New York           ALVIN K. HELLERSTEIN
                                                      United States District Judge